SAO
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
RICHARD HARRIS LAW FIRM
801 South Fourth St.
Las Vegas, NV 89101
Telephone: (702) 444-4444
Fax: (702) 444-4455
Email: jlee@richardharrislaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JULIEANNA SALDANA-JACINTO, individually, <br><br> Plaintiff, <br><br> v. <br><br> GEICO CASUALTY COMPANY, individually; DOES I-X; inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:19-cv-02001-GMN-BNW <br><br> **STIPULATION AND ORDER TO PLAINTIFF'S BAD FAITH AND UNFAIR TRADE PRACTICES CLAIMS WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Julieanna Saldana-Jacinto, by and through her counsel of record, the law firm of Richard Harris Law Firm; and Defendant GEICO Casualty Company, by and through its counsel of record, the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth that:

1. Plaintiff's second cause of action for a breach of the implied covenant of good faith and fair dealing and third cause of action concerning Nevada's Trade Practices Act against GEICO Casualty Company are dismissed *without prejudice*;[1]

2. The instant litigation shall continue with respect to Plaintiff's first cause of action for breach of contract;

---
[1] Plaintiff reserves her right to amend her complaint and reassert these claims if information is discovered that would support these claims.

1

3. The motions GEICO Casualty Company filed on November 25, 2019 are now moot and can be taken off calendar. [ECF Nos. 6 and 7].

| Dated this 5th day of December, 2019 | Dated this 5th day of December, 2019 |
|---|---|
| **RICHARD HARRIS LAW FIRM** | **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH** |
| */s/ Jonathan B. Lee* | */s/ Jonathan W. Carlson* |
| Jonathan B. Lee, Esq.<br>Nevada Bar No. 13524<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | Wade M. Hansard, Esq.<br>Nevada Bar No. 8104<br>Jonathan W. Carlson, Esq.<br>Nevada Bar No. 10536<br>Renee M. Maxfield, Esq.<br>Nevada Bar No. 12814<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113 |

## ORDER

Based upon the foregoing, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** Plaintiff's second cause of action for a breach of the implied covenant of good faith and fair dealing and third cause of action concerning Nevada's Trade Practices Act against GEICO Casualty Company are dismissed *without prejudice*.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, (ECF No. 6), and Motion to Stay, (ECF No. 7) are **DENIED as moot**.

Dated this  6  day of December, 2019

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT