1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Wade M. Hansard
   Nevada Bar No. 8104
3    wade.hansard@mccormickbarstow.com
   Jonathan W. Carlson
4  Nevada Bar No. 10536
     jonathan.carlson@mccormickbarstow.com
5  Renee M. Maxfield
   Nevada Bar No. 12814
6    renee.maxfield@mccormickbarstow.com
   8337 West Sunset Road, Suite 350
7  Las Vegas, Nevada 89113
   Telephone:    (702) 949-1100
8  Facsimile:    (702) 949-1101

9  Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIEANNA SALDANA-JACINTO, individually, | Case No. 2:19-cv-02001-GMN-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| GEICO CASUALTY COMPANY, individually; DOES I – X; and ROE CORPORATIONS I – X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd Suite 350
Las Vegas, NV 89113

Case No. 2:19-cv-02001-GMN-BNW

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Each party will bear their own costs and attorneys' fees.

DATED this 21 day of July, 2020

RICHARD HARRIS LAW FIRM

By _____#10902_____ for
Jonathan B. Lee, Nevada Bar No. 13524
801 South Fourth Street
Las Vegas, Nevada 89101
Tel. (702) 444-4444

Attorneys for Plaintiff

DATED this 21 day of July, 2020

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

DATED this 23 day of July, 2020

_____
Gloria M. Navarro, District Judge
United States District Court

6948582.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

2    Case No. 2:19-cv-02001-GMN-BNW
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE